**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| CARMEN CUTLER | ) | Case No.:10-CV-03709-LHK |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| | ) | ORDER DENYING EXTENSION |
| SYSCO CORPORATION, | ) | |
| DOES 1 through 25, | ) | |
| Defendants. | ) | |

The parties have submitted a request to extend certain discovery deadlines by 45 days. *See* Dkt. No. 17. The request for an extension is denied. The Case Schedule remains as set and the Case Management Conference, set for April 13, 2011 at 2 p.m., will go forward as planned.

**IT IS SO ORDERED.**

Dated: April 12, 2011

_____
LUCY H. KOH
United States District Judge

1
Case No.: 10-CV-03709-LHK
ORDER DENYING EXTENSION